IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| Gregory Karr, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  1:22-cv-01909-JMS-MG |
| | ) | |
| Receivables Management Partners, LLC, a Delaware limited liability company, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

> Dismissal with prejudice acknowledged [16]. JMS, DJ 12/19/22 Distribution via ECF

**NOTICE OF VOLUNTARY
<u>DISMISSAL WITH PREJUDICE</u>**

Plaintiff, pursuant to settlement and F.R.C.P. Rule 41, having reached a settlement of Plaintiff's claims against the Defendant, hereby stipulates to the dismissal of his claims with prejudice.

Dated:  December 15, 2022

One of Plaintiff's Attorneys

<u>s/ David J. Philipps</u>_____
David J. Philipps     (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 S. Roberts Road, Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com

1